UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES DALTON BELL,           )<br>                              )<br>         Petitioner,         )<br>v.                            )<br>                              )<br>MARK A. BEZY, Warden,         )<br>                              )<br>         Respondent.         )  | No. 1:06-CV-135-JDT-TAB |

**Entry Discussing Petitioner's Post-judgment Filing of March 8, 2006**

This cause is before the court on the petitioner's filing of March 8, 2006, which is entitled his "reminder of re-filing to an unconflicted judge other than Tinder." The document just described was filed with the clerk on the date indicated, but was signed by the petitioner on March 6, 2006.

The petitioner has not submitted the filing contemplated by the procedure noted as available in *Glaus v. Anderson,* 408 F.3d 382 (7th Cir. 2005), though he has made clear that he is aware of that procedure and believes it not applicable to the circumstances of this case. That was the only "re-filing" of the claims in this action which was authorized and contemplated through the prior rulings. There is no occasion to re-file an action because a litigant is dissatisfied with the outcome of the first effort. "[T]he judicial system cannot tolerate litigants who refuse to accept adverse decisions." *Homola v. McNamara,* 59 F.3d 647, 651 (7th Cir. 1995).

There is nothing in the petitioner's filing of March 8, 2006, of either a procedural or substantive nature which warrants relief from the disposition in this action. Any relief which that filing can be construed to seek, therefore, is **denied.**

**IT IS SO ORDERED.**

Date: 03/15/2006

John Daniel Tinder, Judge
United States District Court

Distribution:

James Dalton Bell
Reg. No. 26906-086
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47808